IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BOBBY J. STARKER,

    Petitioner,

v.                                      CASE NO. 1:09-cv-247-MMP-AK

WALTER MCNEIL,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 2, Motion for Leave to Proceed *in forma pauperis*, by Bobby J. Starker. A review of Petitioner's inmate account and the prison certification reveals that he has the funds to pay the $5.00 filing fee, in that his deposits for the last six months average more than $25.00 per month. Further review of Petitioner's petition will be deferred until the $5.00 filing fee is paid.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to proceed *in forma pauperis*, Document 2, is **DENIED**.

2. Petitioner shall have until **December 31, 2009**, to submit the $5.00 filing fee to the Clerk of Court.

3. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this Court**.

**DONE AND ORDERED** this _3rd_ day of December, 2009.

                                                  *s/ A. KORNBLUM*
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**