IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BOBBY J. STARKER,

    Petitioner,

v.                                                            CASE NO. 1:09-cv-247-MMP-AK

WALTER A. McNEIL,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc. 7, Petitioner's "Motion to Stay Pending Appeal and Motion for Extension of Time to Pay Filing Fee," in which Petitioner seeks a stay of the Court's order directing him to pay the $5.00 habeas corpus filing fee. A review of the docket reflects that the filing fee was paid on December 30, 2009. Accordingly, the motion is **MOOT.**

**DONE AND ORDERED** this __4th__ day of January, 2010.

                                *s/ A. KORNBLUM*
                                **ALLAN KORNBLUM**
                                **UNITED STATES MAGISTRATE JUDGE**